UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CRAIG OHREN,

Plaintiff,

v.

SEARS HOME IMPROVEMENT PRODUCTS, INC.,

Defendant.

Case No. 00-307 ADM/AJB

**AMENDED NOTICE OF PRETRIAL CONFERENCE**

---

You are hereby given notice that the pretrial conference in the above referenced case previously scheduled for March 21, 2000 at 9:00 a.m., has been moved. The pretrial conference will now take place on **March 22, 2000 at 9:00 a.m.**, before the undersigned Magistrate Judge in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101.

Dated: 3/14/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAR 14 2000
Francis E. Dosal, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______