JAN. 12. 2001 9:51AM. 6128711312 JAN 11 '01 NO. P.02

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Craig Ohren,

Plaintiff,

vs.

Sears Home Improvement Products, Inc.,

Defendant.

Case No. 00-307 ADM/AJB

STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING MOTION FOR SUMMARY JUDGMENT

Pursuant to Magistrate Judge Boylan's Pretrial Scheduling Order, dated March 22, 2000, the date for filing and serving dispositive motions was January 1, 2001. In accordance with the Pretrial Scheduling Order, plaintiff Ohren served the defendant with a motion for partial summary judgment on December 1, 2000. Thereafter, defendant's counsel requested and plaintiff granted an extension for defendant's response to the motion from December 22, 2000, until January 5, 2000, pursuant to Local Rule 7.1(b) (see attached letter).

It is hereby stipulated and agreed between the parties that the date for serving and filing dispositive motions be extended from January 1, 2001 until January 12, 2001, such that Plaintiff may file his motion for summary judgment on January 12, 2001. This stipulation does *not* affect the trial date set in Magistrate Boylan's Pretrial Scheduling Order.

JAN 12 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

Dated: January 11, 2001

HEDIN & GOLDBERG, P.A.

Elizabeth A. Glidden (#238387)
Douglas A. Hedin (#43205)
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500/phone
(612) 871-1312/fax
Attorneys for Plaintiff

Dated: January 11, 2001

Jackson Lewis Schnitzler & Krupman

David Duddleston #739804
Fifth Street Towers, Suite 2800
150 South 5th Street
Minneapolis, MN 55402
Attorneys for Defendant

ORDER

IT IS SO ORDERED.

January 12, 2001

By the Court:

Ann D. Montgomery
United States Magistrate Judge