UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Craig Ohren,

Plaintiff,

vs.

Sears Home Improvement Products, Inc.,

Defendant.

Case Number: 00-307 ADM/AJB

**STIPULATION OF DISMISSAL WITH PREJUDICE AND FOR ORDER FOR WITHDRAWAL OF MOTION PAPERS**

The above-entitled claim having been fully compromised and settled, it is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel of record, that the same, including all claims which were or could have been asserted therein, may be dismissed on the merits with prejudice and without costs to either party pursuant to a private settlement agreement.

It is also stipulated that the motion papers filed by Plaintiff on March 5, 2001 be returned to Plaintiff's counsel and the hearing stricken.

Dated: ~~February~~ Mar 9, 2001

HEDIN & GOLDBERG, P.A.

Elizabeth A. Glidden (#238387)
Douglas A. Hedin (#43705)
2100 Stevens Avenue South
Minneapolis, MN 55404
(612) 871-5500
ATTORNEYS FOR PLAINTIFF

Dated: ~~February~~ March 15, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

David J. Duddleston (#261683)
150 Fifth Street Towers, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131
ATTORNEYS FOR DEFENDANT

MAR 19 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the foregoing stipulation, it is **SO ORDERED**.

Dated: March 16, 2001

ANN D. MONTGOMERY
U.S. District Court Judge